```
                                                              FILED
                                                           April 22, 2010
              UNITED STATES DISTRICT COURT              CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
         FOR THE EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                             DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                  Plaintiff,    ) | CASE NUMBER: 2:10-mj-00113-KJN |
| v.    ) | ORDER FOR RELEASE |
|                      ) | OF PERSON IN CUSTODY |
| VINH HOANG,    ) | |
|                  Defendant.    ) | |

TO:   UNITED STATES MARSHAL:

    This is to authorize and direct you to release <u>Vinh Hoang,</u>; Case <u>2:10-mj-00113-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __    Release on Personal Recognizance

      __    Bail Posted in the Sum of _____

      _X_    Unsecured bond in the amount of <u>$50,000.00 co-signed by Chan Hoang and Muoi Anh Ngo.</u>

      __    Appearance Bond with 10% Deposit

      __    Appearance Bond secured by Real Property

      __    Corporate Surety Bail Bond

      _X_    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/22/10</u> at <u>3:55pm</u>.

                                    By   _____
                                             Kendall J. Newman
                                             United States Magistrate Judge